JOHN PITTMAN *v.* COMMISSIONER OF CORRECTION

The petitioner John Pittman's petition for certification for appeal from the Appellate Court, 87 Conn. App. 902 (AC 24312), is denied.

NORCOTT and PALMER, Js., did not participate in the consideration or decision of this petition.

*David J. Reich*, special public defender, in support of the petition.

*Toni M. Smith-Rosario*, assistant state's attorney, in opposition.

Decided March 23, 2005